# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JORDAN HILL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2017

_____

December 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

PER CURIAM.

    Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.